# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | : No. 3036 Disciplinary Docket No. 3 |
| | : |
| MATTHEW C. BROWNDORF | : No. 29 DB 2024 |
| | : |
| | : (United States District Court for the |
| | : Eastern District of Wisconsin, No. 22- |
| | : CR-252) |
| | : |
| | : Attorney Registration No. 81915 |
| | : |
| | : (Out of State) |

## ORDER

**PER CURIAM**

> **AND NOW**, this 22nd day of April, 2024, having indicated his consent to a temporary suspension, the Rule to Show Cause issued on March 25, 2024, is made absolute, and Matthew C. Browndorf is placed on temporary suspension. *See* Pa.R.D.E. 214(d)(2). Respondent shall comply with the provisions of Pa.R.D.E. 217.

> The request for a stay is dismissed, as no formal disciplinary proceedings have commenced.

> Respondent's right to petition for dissolution or amendment of this Order and to request accelerated disposition of any charges underlying this Order pursuant to Pa.R.D.E. 214(d)(4) and (f)(2) are specifically preserved.

> This Order constitutes an imposition of public discipline. *See* Pa.R.D.E. 402(c)(2) (providing an exception to the confidentiality requirement of Rule 402 when "the investigation is predicated upon a conviction of the respondent-attorney for a crime").